# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| HUAFENG XU, | : | |
| | : | |
| Plaintiff, | : | Civil Nos. 14-83 (RBK/AMD) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DOUGLAS E. ARPERT | : | |
| | : | |
| Defendant. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court sua sponte, and for the reasons expressed in the Court's Opinion entered on this date;

**IT IS HEREBY ORDERED** that Plaintiff Huafeng Xu's claims against Defendant Douglas E. Arpert, U.S.M.J., are **DISMISSED WITH PREJUDICE**.


Dated:   1/15/2014                                                                                  /s/ Robert B. Kugler
                                                                                                              ROBERT B. KUGLER
                                                                                                              United States District Judge